# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LINDENWOOD FEMALE COLLEGE d/b/a LINDENWOOD UNIVERSITY, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 4:20-cv-01503 |
| v. | )<br>) Hon. Henry E. Autrey |
| ZURICH AMERICAN INSURANCE COMPANY, | )<br>)<br>)<br>) |
| Defendant. | ) |

## [PROPOSED] ORDER

After considering the pleadings, papers, the arguments of counsel, and other matters presented to the Court, it is hereby **ORDERED** that Defendant Zurich American Insurance Company's Motion to Dismiss Plaintiff Lindenwood University's amended complaint is **GRANTED**, and the amended complaint is dismissed with prejudice.

DATED: _____

Hon. Henry E. Autrey
United States District Judge