# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3738

Lindenwood Female College, doing business as Lindenwood University

Appellant

v.

Zurich American Insurance Company

Appellee

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:20-cv-01503-HEA)

---

## MANDATE

In accordance with the opinion and judgment of March 2, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 23, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit